**UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| In re:  Brandon Michael Youngblood  ) | |
| ) | Case No. 25-11869-BFK |
| Debtor.          ) | Chapter 7 |

**ORDER**

HAVING CONSIDERED the Consent Motion for Entry of an Order Extending Deadline and it appearing proper to do so, it is hereby

ORDERED that Brandon Eickhoff shall have up to and including December 29, 2025 to file a dischargeability complaint against the Debtor Brandon Michael Youngblood and it is further

ORDERED that the Debtor shall produce the missing documents to Brandon Eickhoff as soon as it is practicable and it is further

ORDERED the Brandon Eickhoff shall have the option to further conduct the 2004 Examination of the Debtor after the production of the missing documents.

| | |
|---|---|
| Dec 15 2025 | /s/ Brian F Kenney |
| Date | Brian Kenney, Bankruptcy Judge<br>The Eastern District of Virginia |
| | Entered On Docket: Dec 16 2025 |

SEEN AND AGREED:

*/s/ Justin P. Fasano* (with permission from Justin P. Fasano based on email dated 12/12/25)
Justin P. Fasano (Bar No. 75983)
 McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770
(301) 441-2420
jfasano@mhlawyers.com
*Counsel to Brandon Youngblood*

*lsl Matthew A. Brennan III*
 Matthew A. Brennan, III (Bar No. 27556)
Reston Law Group LLP
2100 Reston Parkway, Suite 450
Reston VA 20191
mbrennan@restonlaw.com
*Counsel to Brandon Eickhoff*

Local Rule 9022-l{C) Certification

The foregoing Order was endorsed and/or served upon all necessary parties pursuant to Local Bankruptcy Rule 9022-l(C).

*/s/ Matthew A. Brennan, III*
Matthew A. Brennan, III

Copies to recipients of the Court's electronic notice system.